IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CR-13-D

UNITED STATES OF AMERICA,            )
                                     )
          v.                         )
                                     )          **ORDER**
ROBERT ANDREW DAQUAN WILLIAMS,       )
                                     )
          Defendant.                 )

On April 21, 2026, defendant moved to modify the protective order [D.E. 233]. On May 5, 2026, the United States responded in opposition [D.E. 238] and provided a modified protective order.

The court agrees with the United States' argument and has signed the proposed modified protective order. Thus, the court GRANTS IN PART and DENIES IN PART defendant's motion to modify the protective order [D.E. 233].

SO ORDERED. This _11_ day of May, 2026.

JAMES C. DEVER III
United States District Judge