UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-cr-00013-D-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ANDREW DAQUAN WILLIAMS | ORDER |

This matter comes before the court on Defendant's motion to direct the Northern Neck Regional Jail to permit non-attorney members of the defense team to review discovery with the Defendant pursuant to pursuant to the Sixth, Fifth, and Eighth Amendments to the United States Constitution and this Court's inherent authority to protect a capital defendant's right to the effective assistance of counsel. Non-attorney members of the defense team include, but are not limited to, law school interns, paralegals, investigators, mitigation specialists. Any attorney of record on the defense team writing a letter on law firm letterhead (or an email from their work account to jail staff) and expressly designating an individual as a member of the defense team reflects that that individual is indeed a member of the defense team and such designation constitutes defense counsel's list of authorized individuals to meet with Defendant.

Accordingly, for the reasons set out in Defendant's motion, described above at DE 275, the motion is GRANTED and it is ORDERED:

1. The Northern Neck Regional Jail must permit law school interns, paralegals, investigators, mitigation specialists, and other non-attorney members of the defense team who appear on defense counsel's list of authorized individuals to meet with Mr. Williams to review discovery without a licensed attorney physically present;

2. Such meetings shall occur at all reasonable hours in the Jail's attorney-visitation or comparable private setting, consistent with the confidentiality of attorney-client and work-product communications;

3. This Order is given while still providing that such access remains subject to the terms of this Court's Protective Order entered May 11, 2026, and to the Jail's reasonable security procedures, including the defense team's maintenance of custody and control of all discovery materials, the prohibition on copying or introducing discovery into the inmate population, and the authorized-persons list maintained by defense counsel.

SO ORDERED.

This the 13 day of October, 2026.

James C. Dever III
United States District Judge